Doris M. Willcox, an Infant, by Bertram W. Willcox, Her Guardian ad Litem, Appellant, *v.* County of Erie, Respondent.

Bertram W. Willcox, Appellant, *v.* County of Erie, Respondent.

Argued January 7, 1938; decided March 8, 1938.

*Layton H. Vogel* for appellants.

*Harold J. Adams* and *Percy R. Smith* for respondent.

Judgments affirmed, with costs. The court is of the opinion that there was no evidence of negligence in this case. The court does not pass upon any other question presented. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: LOUGHRAN, FINCH and RIPPEY, JJ.